No. 80–1396. BRANDON ET AL. *v.* BOARD OF EDUCATION OF GUILDERLAND SCHOOL DISTRICT ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–194. NDM CORP. *v.* HAYES PRODUCT, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–301. ILLINOIS HEALTH SERVICE, INC., DBA BARCLAY HOSPITAL *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–327. CARLSON MOORING SERVICE ET AL. *v.* LANDRY ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–399. STANDARD REGISTER CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 81–474. NORTH CAMBRIA FUEL CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 81–513. MACKOWSKI *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 81–545. TRAVELERS INSURANCE CO. *v.* FENASCI, ADMINISTRATRIX, ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–557. MIDDLEBROOK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–667. WHELAN *v.* ROBBINS ET AL. C. A. 1st Cir. Certiorari denied.